THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL J. PELAFIGUE, | ) | Civil Action No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge: _____ |
| | ) | |
| BLUE CROSS BLUE SHIELD OF TEXAS | ) | |
| | ) | |
| Defendant. | ) | Magistrate: _____ |

## NOTICE OF REMOVAL

Defendant Blue Cross and Blue Shield of Texas ("BCBSTX"), an unincorporated division of Health Care Services Corporation, a Mutual Legal Reserve Company ("HCSC"), removes Case No. 2017-1208-F, *Michael J. Pelafigue v. Blue Cross Blue Shield of Texas* from the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, pursuant to 28 U.S.C. §§ 1331, 1332, and 1441. Removal of this action is proper because federal question jurisdiction exists in that Plaintiff brings claims under Section 502 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001, et seq. ("ERISA") and brings state law claims that are preempted by Section 514 of ERISA, 29 U.S.C. § 1144. Removal is also proper because Plaintiff's citizenship is diverse from BCBSTX's citizenship and the amount in controversy is in excess of $75,000.00. In support of this Notice, BCBSTX states as follows:

1. In compliance with 28 U.S.C. § 1446(a), BCBSTX attaches copies of all process, pleadings, and orders served upon BCBSTX as Exhibits 1-5. The Petition and its attachments (Exhibit 2), which contain confidential protected health information and

were ordered sealed by the Louisiana district court, are pending the Court's order on BCBSTX's Unopposed Motion to File Exhibit 2 to the Notice of Removal Under Seal, filed contemporaneously with this Notice.

2. Plaintiff commenced this action in the Louisiana district court on May 15, 2017 by service of a summons and Plaintiff's Petition on BCBSTX. *See* Ex. 1, Summons; Ex. 2, Petition. This Notice is filed within 30 days of BCBSTX's receipt of the Petition; therefore, removal is timely under 28 U.S.C. § 1446(b)(1).

3. Upon information and belief, at the time of the filing of this action and at the present time, Plaintiff was, and is, a citizen and resident of Calcasieu Parish, Louisiana. Ex. 2, Pet., ¶ 3. HCSC is a corporation duly organized and existing under the laws of the State of Illinois, with its principal place of business and headquarters in Chicago, Illinois.[1] BCBSTX has the same citizenship as HCSC. See *Breitman v. May Co. Calif.*, 37 F.3d 562, 564 (9th Cir. 1994) ("A division of a corporation does not possess the formal separateness ... and thus is not an independent entity for jurisdictional purposes.") (quoting *Schwartz v. Electronic Data Systems, Inc.*, 913 F.2d 279, 284 (6th Cir. 1990)).

4. The Petition states that "Plaintiff brings action pursuant to 29 U.S.C. § 1132(a)(1)(b)." Ex. 2, Pet., ¶ 1. Plaintiff seeks "health insurance benefits under a policy of insurance (the Policy) issued, administered and insured by" BCBSTX. *Id.* ¶ 24. Plaintiff alleges that BCBSTX "breached the obligations set forth in the Policy and has

---

[1] Federal courts have taken notice that BCBSTX is an unincorporated division of HCSC, which is an Illinois Mutual Legal Reserve Company. *See, e.g., Health Care Serv. Corp. v. Methodist Hosps. of Dallas*, No. 3:13-CV-4946-B, 2015 WL 11120541, at *1 (N.D. Tex. Jan. 28, 2015) (noting that HCSC "is an Illinois mutual legal reserve company that operates in Texas as Blue Cross and Blue Shield of Texas").

violated its obligations under applicable law in the administration of plaintiff's application for benefits." *Id.* ¶ 32.

5. Plaintiff's state law claim under Louisiana Revised Statute § 22:1821 also seeks payment of benefits under the Policy, along with penalties and attorney fees. *Id.* ¶¶ 38-41. As this Court has recognized, such claims are preempted by ERISA. *E.g., Sanat v. Shanghani, MD, LLC v. United Healthcare Servs., Inc.*, No. 1:15-CV-02887, 2016 WL 5395241, at *2 (W.D. La. Aug. 30, 2016), *magistrate's recommendation adopted by Sanat v. Sanghani, M.D., LLC v. United Healthcare Services, Inc.*, 2017 WL 1129880 (W. D. La. Mar. 24, 2017) ("Courts consistently have recognized that ERISA preempts a claim for unpaid benefits, penalties, and fees under Louisiana Revised Statute § 22:657 (now § 22:1821 ).") (quoting *Wright v. Louisiana Corrugated Products, LLC*, 59 F. Supp. 3d 767, 776 (W.D. La. 2014)). Furthermore, the statute itself provides that "[t]he provisions of this Paragraph [regarding payment of benefits] shall not apply to medical benefit plans that are established under and regulated by the Employment Retirement Income Security Act of 1974." La. Rev. Stat. § 22:1821(D)(2)(f); *Mayfield v. UNUM Life Ins. Co. of Am.*, No. CV 15-5553, 2016 WL 4261771, at *4-5 (E.D. La. Aug. 12, 2016) (dismissing plaintiff's statutory claims as preempted, because "La. R.S. § 22:1821 explicitly defers to ERISA plans....") (citing La. Rev. Stat. § 22:1821(D)(2)(f)).

6. Plaintiff alleges that BCBSTX failed to pay $80,915.76 in benefits under the Policy and that he "is entitled to payment of [the] benefits, penalties, attorney's fees, damages ... and all other relief...." *Id.* ¶¶ 21, 36.

7. BCBSTX removes this case to federal court because it involves claims to recover benefits and enforce rights under an employee welfare benefit plan that is governed by ERISA, and thus presents a federal question under 28 U.S.C. § 1441(c). Furthermore, on its face, the Petition states claims arising under the laws of the United States, specifically ERISA, 29 U.S.C. § 1132. The United States District Court for the Western District of Louisiana has federal question jurisdiction under 28 U.S.C. § 1331.

8. Furthermore, this action is removable, and the Court has original jurisdiction, pursuant to 28 U.S.C. § 1332, because of diversity of citizenship and the sufficiency of the amount in controversy.

9. Pursuant to 28 U.S.C. § 1446(d), BCBSTX will promptly give Plaintiff written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana as provided by law. No further proceedings should be had in the Louisiana district court. A true and correct copy of the Notice being filed with the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, is attached as <u>Exhibit 6</u>.

10. A true and correct copy of the Civil Cover Sheet is attached as <u>Exhibit 7</u>.

WHEREFORE, BCBSTX respectfully requests that the above-described state court action be removed from the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, to the United States District Court for the Western District of Louisiana, that no further proceedings be had in the state court proceedings, and that the Court grant such other and further relief, special or general, whether in equity or in law, as it deems just and appropriate.

Date: June 13, 2017                          Respectfully submitted,

s/*Joel P. Babineaux*
Joel P. Babineaux (LA #21455)
Email: jbabineaux@bpasfirm.com
Karen T. Bordelon (LA #20114)
Email: kbordelon@bpasfirm.com
Attorneys for Blue Cross Blue Shield of Texas
Babineaux, Poche', Anthony
   & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA 70505-2169
Phone: (337) 984-2505
Fax: (337) 984-2503

Martin J. Bishop (*pro hac vice* to be filed)
Rebecca R. Hanson (*pro hac vice* to be filed)
Alexandra M. Lucas (*pro hac vice* to be filed)
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, Illinois 60606
Tel: 312-207-1000
Fax: 312-207-6400
mbishop@reedsmith.com
rhanson@reedsmith.com
alucas@reedsmith.com

*Counsel for Blue Cross and Blue Shield of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and I hereby certify that I have forwarded the foregoing by prepaid Federal Express delivery to the following:

James E. Sudduth, III
Sudduth & Associates, LLC
4216 Lake Street, Ste. C
Lake Charles, Louisiana 70605
James@SAA.legal
ATTORNEY FOR PLAINTIFF

                                                s/*Joel P. Babineaux*
                                                Joel P. Babineaux (LA #21455)
                                                Email: jbabineaux@bpasfirm.com
                                                Karen T. Bordelon (LA #20114)
                                                Email: kbordelon@bpasfirm.com
                                                Attorneys for Blue Cross Blue Shield of Texas
                                                Babineaux, Poche', Anthony
                                                  & Slavich, L.L.C.
                                                P.O. Box 52169
                                                Lafayette, LA 70505-2169
                                                Phone: (337) 984-2505
                                                Fax: (337) 984-2503