# Exhibit 1

MICHAEL J PELAFIGUE
VS     2017 001208
BLUE CROSS BLUE SHIELD OF
TEXAS


Citation

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO   BLUE  CROSS  BLUE  SHIELD  OF
     TEXAS
     THROUGH   ITS   REGISTERED
     AGENT   FOR   SERVICE   CT
     CORPORATION SYSTEM
     3867 PLAZA TOWER DR
     Baton Rouge, LA  70816

Parish of East Baton Rouge, Louisiana, Defendant in said suit

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in
the petition of MICHAEL J PELAFIGUE, (PLAINTIFF'S INITIAL PETITION TO ENFORCE RIGHTS TO
HEALTH INSURANCE BENEFITS FOR DAMAGES AND OTHER RELIEF) against you, certified copy of which
petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse,
in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

ALL IN ACCORDANCE WITH THE CERTIFIED COPIES ATTACHED HERETO

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 24th day of March 2017

Issued and delivered April 21, 2017

Thomas Cole
Deputy Clerk of Court

SERVICE INFORMATION

Received on the _____ day of _____ 20____, and on the _____ day of _____ 20____, served the above named
party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in
said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein
being absent from his residence at the time of said service
RETURNED
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $ _____        BY: _____
                                   Deputy Sheriff
MILEAGE      $ _____

TOTAL $ _____

Party No     P001

06/02/2017 9:14 AM

 CT Corporation

**Service of Process Transmittal**
05/15/2017
CT Log Number 531221586

TO: Yvonne Schuler
Blue Cross and Blue Shield of Texas, Inc.
1001 E Lookout Dr
Richardson, TX 75082-4144

RE: **Process Served in Louisiana**

FOR: Blue Cross and Blue Shield of Texas, Inc.  (Domestic State: TX)
*According to our records representation services for this entity have been discontinued in this jurisdiction*

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael J. Pelafigue, Pltf. vs. Blue Cross and Blue Shield of Texas, Ltt. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request(s), Affidavit, Order |
| **COURT/AGENCY:** | 14th Judicial District Court, Parish of Calcasieu, LA Case # 2017001208 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/15/2017 at 09:10 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | James E. Sudduth III SUDDUTH & ASSOCIATES, L.L.C. 1109 Pithon Street, Lake Charles, LA 70601 337-480-0101 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1Z0399EX0124 13007 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr. Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| Letter | By Certified Mail on 02/24/2017 at 15:11 postmarked on 02/22/2017 | Yvonne Schuler Blue Cross and Blue Shield of Texas, Inc. | 510752823 |

**RECEIVED**
MAY 17 2017
Texas Legal

Page 1 of 1 / SS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

- 2 -

# Exhibit 2

*(Exhibit 2 Filed Under Seal)*

# Exhibit 3

| | | |
|---|---|---|
| MICHAEL J. PELAFIGUE | § | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2017-1208 F | § | |
| | § | PARISH OF CALCASIEU |
| BLUE CROSS BLUE SHIELD | § | STATE OF LOUISIANA |
| OF TEXAS | § | |
| FILED: MAR 2 4 2017 | § | S/ Romona B Williams |
| | § | DEPUTY CLERK OF COURT |

## REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:  THE HONORABLE LYNN JONES
     CLERK OF COURT
     CALCASIEU PARISH COURTHOUSE
     LAKE CHARLES, LOUISIANA 70601

In accordance with the provisions of LSA – C.C.P. 1571 and 1572, you are hereby requested to give the undersigned, as counsel for the petitioner, in the above captioned matter, written notice, by mail, ten (10) days in advance of any date fixed for trial or hearing of the case, whether on exception, rules, or the merits thereof.

In accordance with the provisions of LSA C.C.P. 1914 and 1915, you are hereby additionally requested to send us immediate notice of any order or judgment made or rendered in this case on the entry of such order or judgment.

                                        Respectfully Submitted.

SUDDUTH & ASSOCIATES, LLC

                                        Attorneys-at-Law
                                        4216 Lake Street Suite C
                                        Lake Charles, Louisiana 70605
                                        (337) 480 - 0101 (*Telephone*)
                                        (337) 419 - 0507 (*Facsimile*)

                          BY: _____
                              JAMES E. SUDDUTH, III, #35340
                              Attorney for *Michael J. Pelafigue*

                          MAR 2 9 2017
                          A TRUE COPY
                          LAKE CHARLES, LOUISIANA
                          _____
                          DEPUTY CLERK OF COURT
                          CALCASIEU PARISH LOUISIANA

9

# Exhibit 4

| | | |
|---|---|---|
| MICHAEL J. PELAFIGUE | § | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2017-1208 F | § | |
| | § | PARISH OF CALCASIEU |
| BLUE CROSS BLUE SHIELD | § | STATE OF LOUISIANA |
| OF TEXAS | § | |
| FILED: _____ MAR 2 4 2017 | § | S/ Rowena Bluelanson |
| | § | DEPUTY CLERK OF COURT |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF CALCASIEU

BEFORE ME, undersigned authority, personally came and appeared:

**MICHAEL JOHN PELAFIGUE**

*Resident of Calcasieu Parish*

Who, being first duly sworn, did depose and state, based on his personal knowledge:

1. That he has read the above and foregoing petition and all of the information contained

therein is true and correct to the best of his knowledge.

*Michael John Pelafigue*

MICHAEL JOHN PELAFIGUE

THUS DONE AND SIGNED, before me, a Notary Public, this 23rd day of

_MARCH_____, 2017 at my office in Lake Charles, Louisiana.

NOTARY PUBLIC

MAR 2 9 2017
A TRUE COPY
LAKE CHARLES, LOUISIANA

DEPUTY CLERK OF COURT
CALCASIEU PARISH LOUISIANA

8

# Exhibit 5

| MICHAEL J. PELAFIGUE | § | 14TH JUDICIAL DISTRICT COURT |
|---|---|---|
| VS. NO.  2017-1208 | § | PARISH OF CALCASIEU |
| | § | |
| BLUE CROSS BLUE SHIELD | § | STATE OF LOUISIANA |
| OF TEXAS | § | |
| | § | |
| FILED:  4-17-17 | § | _thank Cel_ |
| | § | DEPUTY CLERK OF COURT |

## ORDER TO SEAL RECORD

Due to the sensitive and private nature of these proceedings and the material contained herein regarding the patient and her rights in accordance to the Health Insurance Portability and Accountability Act of 1996 (HIPPA), IT IS HEREBY ORDERED that the entire public suit record be sealed to maintain necessary privacy.

Thus done and signed this 19th day of April _____, 2017.

_Sharon Darville Wilson_

JUDGE, 14TH JUDICIAL DISTRICT COURT

**Sharon Darville Wilson**

Respectfully Submitted,

SUDDUTH & ASSOCIATES, LLC

Attorneys-at-Law
4216 Lake Street Suite C
Lake Charles, Louisiana 70605
(337) 480 - 0101 (*Telephone*)
(337) 419 - 0507 (*Facsimile*)

BY: _____
JAMES E. SUDDUTH, III, #35340
Attorney for *Michael J. Pelafigue*

A TRUE COPY
Lake Charles, Louisiana

APR 2 1 2017

Deputy Clerk of Court
Calcasieu Parish, Louisiana

Filing Date: 04/17/2017 04:15 PM      Page Count: 1
Case Number: 2017-001208
Document Name: FILE ORDER

# Exhibit 6

| | |
|---|---|
| MICHAEL J. PELAFIGUE, | ) 14th JUDICIAL DISTRICT COURT |
| | ) |
| Plaintiff, | ) PARISH OF CALCASIEU |
| | ) |
| vs.            No. 2017-1208-F | ) STATE OF LOUISIANA |
| | ) |
| BLUE CROSS BLUE SHIELD OF TEXAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

On June 14, 2017, Defendant Blue Cross and Blue Shield of Texas, an unincorporated division of Health Care Services Corporation, a Mutual Legal Reserve Company, filed a Notice of Removal, together with copies of all process, pleadings, and orders served upon it in the above-captioned action, with the Clerk of the United States District Court for the Western District of Louisiana. A copy of the Notice of Removal is attached as Exhibit A and a copy of the Civil Cover Sheet is attached as Exhibit B.

Date:  June 13, 2017

Respectfully submitted,

BABINEAUX, POCHE', ANTHONY
& SLAVICH, L.L.C.

BY: _____
Joel P. Babineaux, LA#21455 (T.A.)
E-mail: jbabineaux@bpasfirm.com
P.O. Box 52169
Lafayette, LA 70505-2169
Phone: (337) 984-2505
Fax: (337) 984-2503
*Counsel for Blue Cross and Blue Shield of Texas*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2017, I forwarded a true and correct copy of the foregoing document via prepaid Federal Express delivery to the following:

James E. Sudduth, III
Sudduth & Associates, LLC
4216 Lake Street, Ste. C
Lake Charles, Louisiana 70605
ATTORNEY FOR PLAINTIFF

_____
JOEL P. BABINEAUX

# Exhibit 7

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

MICHAEL J. PELAFIGUE

## DEFENDANTS

BLUE CROSS BLUE SHIELD OF TEXAS

**(b)** County of Residence of First Listed Plaintiff   Calcasieu Parish, LA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Cook County, IL
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James E. Sudduth, III, Sudduth & Assoc., LLC,
4216 Lake St., Ste. C, Lake Charles, LA 70605
(337) 480-0101

Attorneys *(If Known)*
Joel P. Babineaux, Babineaux, Poche', Anthony
& Slavich, L.L.C., P.O. Box 52169, Lafayette, LA 70505
(337) 984-2505

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government
  Plaintiff
- ☐ 2   U.S. Government
  Defendant
- ☒ 3   Federal Question
  *(U.S. Government Not a Party)*
- ☐ 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☒ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1   Original
  Proceeding
- ☒ 2   Removed from
  State Court
- ☐ 3   Remanded from
  Appellate Court
- ☐ 4   Reinstated or
  Reopened
- ☐ 5   Transferred from
  Another District
  *(specify)*
- ☐ 6   Multidistrict
  Litigation -
  Transfer
- ☐ 8   Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. § 1332
Brief description of cause:
ERISA Plan benefits

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
80,915.76

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   6|13|17

SIGNATURE OF ATTORNEY OF RECORD   LA # 21455

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____