UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MICHAEL J. P.** | **CASE NO. 2:17-CV-00764** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BLUE CROSS AND BLUE SHIELD OF TEXAS, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the accompanying ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that plaintiff's Motion for Summary Judgment [doc. 128] be **GRANTED** and that defendants' Motion for Summary Judgment [doc. 138] be **DENIED**. Accordingly, the final decision of the plan administrator is **REVERSED** and plaintiff is awarded benefits as applied for under his group health plan.

Plaintiff is hereby given **28 days** to submit a motion on his request for attorney fees and prejudgment interest. The motion should also cover the amount of fees sought and be supported by itemized billing records and any evidence necessary on the reasonableness of attorney and staff rates. Briefing will then be set according to the undersigned's regular schedule, with **21 days** allotted for defendants' response and **7 days** for plaintiff's reply.

The parties are cautioned that this matter has now been pending for over three years. Both sides have received multiple extensions of briefing deadlines. The matter has now

-2-

been resolved on the merits and should be brought at last to a conclusion. Accordingly, no further extension of the deadlines will be granted without very good cause shown.

**THUS DONE AND SIGNED** in Chambers, on this 8th day of May, 2020.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE