UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MICHAEL J P** | **CASE NO. 2:17-CV-00764** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BLUE CROSS AND BLUE SHIELD OF TEXAS** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Upon consideration of the foregoing opinion of the United States Court of Appeals for the Fifth Circuit, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that judgment be entered for the defendants and that all claims in this matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of November, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**